# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHASITY M. COX,

    Plaintiff,

v.                                                    Case No: 8:22-cv-75-CEH-JSS

10TH JUDICIAL CIRCUIT,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on March 10, 2022 (Doc. 5). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied; (2) Plaintiff's Complaint (Dkt. 1) be dismissed with prejudice; and (3) The Clerk be directed to close the case. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is DENIED.

(3) Plaintiff's Complaint (Dkt. 1) is DISMISSED, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on April 4, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record